IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00535-REB

ROBERT SLATER,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Robert Slater*, Denver District Court Case No. 04CR1890, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at

the following addresses:

        Clerk of the Court
        Denver District Court
        Lindsey-Flanigan Courthouse
        520 West Colfax Avenue, Rm 135
        Denver, CO 80204

        Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Suite 500
        Denver, Colorado  80202

DATED March 23, 2011, at Denver, Colorado.

        BY THE COURT:

        s/ Boyd N. Boland
        United States Magistrate Judge