IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO.  10-cv-00535 REB

ROBERT SLATER,

      Petitioner,

vs.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

      On careful examination of the record, it appears that the disposition of the above

captioned case is now final.  It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, May 8, 2013.


BY THE COURT:

Robert E. Blackburn
United States District Judge