**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 10-cv-00535 REB

ROBERT SLATER,

    Petitioner,

vs.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, May 8, 2013.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00535 REB

Denver District Court, City and County of Denver
1437 Bannock St. Rm 256
Denver, CO 80202

Robert Slater
# 43961
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Christopher Yannis Bosch
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  05/16/2013  .

                      JEFFREY P. COLWELL, CLERK

                      By: s/ D. Berardi
                           Deputy Clerk